**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01839-CMA-KLM

MARY ZAPATA,

    Plaintiff,

v.

ER SOLUTIONS, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

This matter is before the Court on the parties' Stipulation for Dismissal Without Prejudice (Doc. # 16).  The Court having considered the Stipulation for Dismissal and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITHOUT PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED:  October  27 , 2009

                                                  BY THE COURT:

                                                */s/ Christine M. Arguello*
                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge